**Judy RUARK, Appellant,**

v.

**Alva RUARK, Respondent.**

**No. WD 71621.**

Missouri Court of Appeals, Western District.

Nov. 9, 2010.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 21, 2010.

Kenneth C. Hensley and Wyatt Z. Roberts, Raymore, MO, for appellant.

William W. Bird, St. Joseph, MO, for respondent.

Before Division Four: LISA WHITE HARDWICK, Chief Judge, Presiding, GARY D. WITT, Judge and KEITH MARQUART, Special Judge.

**ORDER**

PER CURIAM:

Judy Ruark appeals the judgment of the trial court that, *inter alia*, dissolved her marriage to Alva Ruark and divided their marital and non-marital assets.

We affirm. Rule 84.16(b). A memorandum setting forth the reasons for this order has been provided to the parties.